PACIFIC JUSTICE INSTITUTE
KEVIN T. SNIDER, SBN 170988
MATTHEW B. MCREYNOLDS, SBN 234797
P.O. Box 276600
Sacramento, CA  95827
Telephone:     (916) 857-6900
Facsimile:      (916) 857-6902
ksnider@pji.org
mmcreynolds@jpi.org

Attorneys for Plaintiff,
JULIE AMORUSO


JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
400 Capitol Mall, Suite 1600
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Michael.Christian@jacksonlewis.com
Shane.Larsen@jacksonlewis.com

Attorneys for Defendant,
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JULIE AMORUSO,<br><br>             Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, a California corporation; and KAISER FOUNDATION HOSPITALS, a California corporation, collectively dba KAISER PERMANENTE SOUTH SACRAMENTO MEDICAL CENTER, KAISER PERMANENTE ROSEVILLE MEDICAL CENTER and KAISER PERMANENTE STOCKTON FACILITY,<br><br>             Defendants. | Case No. 2:20-CV-01335-KJM-DB<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES AND [PROPOSED] ORDER**<br><br>Complaint Filed:   July 6, 2020<br>Trial Date:          TBD |

Counsel for Plaintiff JULIE AMORUSO ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. ("Defendant"), (collectively referred to as the

1

"Parties"), hereby enter into the following Stipulation and request the Court to extend certain pretrial deadlines, pursuant to applicable Local Rules:

1. This is an action for alleged violation of Title VII of the Civil Rights Act of 1964: Failure or Refusal to Hire on Basis of Religion; Failure to Provide Religious Accommodation; and Disparate Impact on the Basis of Religion; and in violation of California Fair Employment Housing Act:  Refusal to Hire on the Basis of Religious Creed; Failure to Provide Religious Accommodation; and Disparate Impact on behalf of Religion. The Parties have engaged in written discovery.  The depositions of Plaintiff and relevant managers have been scheduled, and the depositions of remaining fact witness are in the process of being scheduled.   No trial date has been set at this time.

2. Good cause exists to continue the pretrial deadlines because the Parties have been unable to complete depositions, and may wish to engage in further post-deposition discovery and engage in informal resolution discussions.  Defendant and its employees, as healthcare providers, have been particularly impacted by the COVID-19 pandemic, which has limited the availability of employees for deposition and completion of discovery.  Because no trial date has been set in this matter, and the Parties are in agreement, no prejudice will be suffered by the Parties and the Court's docket will not be adversely impacted by granting this request.

3. The Parties hereby stipulate to the following new dates and request the Court to modify the scheduling order accordingly:

| CATEGORY | PRIOR DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Fact Discovery Cut-Off | October 15, 2021 | January 28, 2022 |
| Expert Disclosures | October 7, 2021 | January 21, 2022 |
| Rebuttal Expert Witnesses Exchange | November 1, 2021 | February 15, 2022 |
| Expert Discovery Cut-Off | December 15, 2021 | April 1, 2022 |
| Dispositive Motions | January 21, 2022 | April 4, 2022 |

It is so AGREED.

Date: September 29, 2021          PACIFIC JUSTICE INSTITUTE


By: */s/ Matthew B. McReynolds*  [*Auth. 9.29.21*]
    KEVIN T. SNIDER
    MATTHEW B. MCREYNOLDS

    Attorneys for Plaintiff
    JULIE AMORUSO


Date: September 29, 2021          JACKSON LEWIS P.C.


By: */s/ Michael J. Christian*
    MICHAEL J. CHRISTIAN
    SHANE R. LARSEN

    Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP, INC.

3

Joint Stipulation and Request for Continuance of Pretrial Deadlines

*Julie Amoruso v. TPMG, et al*
USDC-Eastern Case No. 2:20-CV-01335

# ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, makes the following order:

IT IS ORDERED THAT THE PRETRIAL DEADLINES ARE CONTINUED AS FOLLOW:

| CATEGORY | PRIOR DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery Cut-Off | October 15, 2021 | January 28, 2022 |
| Expert Disclosures | October 7, 2021 | January 21, 2022 |
| Rebuttal Expert Witnesses Exchange | November 1, 2021 | February 15, 2022 |
| Expert Discovery Cut-Off | December 15, 2021 | April 1, 2022 |
| Dispositive Motions Hearing Date | January 21, 2022 | April 15, 2022 |

**IT IS SO ORDERED.**

DATED: October 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE