PACIFIC JUSTICE INSTITUTE
KEVIN T. SNIDER, SBN 170988
MATTHEW B. MCREYNOLDS, SBN 234797
P.O. Box 276600
Sacramento, CA  95827
Telephone:     (916) 857-6900
Facsimile:      (916) 857-6902
ksnider@pji.org
mmcreynolds@jpi.org

Attorneys for Plaintiff,
JULIE AMORUSO


JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141
Michael.Christian@jacksonlewis.com
Shane.Larsen@jacksonlewis.com

Attorneys for Defendant,
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JULIE AMORUSO,<br><br>    Plaintiff,<br><br> v.<br><br>THE PERMANENTE MEDICAL GROUP, a California corporation; and KAISER FOUNDATION HOSPITALS, a California corporation, collectively dba KAISER PERMANENTE SOUTH SACRAMENTO MEDICAL CENTER, KAISER PERMANENTE ROSEVILLE MEDICAL CENTER and KAISER PERMANENTE STOCKTON FACILITY,<br><br>    Defendants. | Case No. 2:20-CV-01335-KJM-DB<br><br>**JOINT STIPULATION AND FURTHER REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES AND ORDER**<br><br>Complaint Filed: July 6, 2020<br>Trial Date:    TBD |

Counsel for Plaintiff JULIE AMORUSO ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. ("Defendant"), (collectively referred to as the

1

"Parties"), hereby enter into the following Joint Stipulation and request the Court to extend certain pretrial deadlines, pursuant to applicable Local Rules. These are the only two Parties to this Action.

1. This is an Action for alleged violation of Title VII of the Civil Rights Act of 1964 and the California Fair Employment and Housing Act, for Failure or Refusal to Hire on Basis of Religion; Failure to Provide Religious Accommodation; and Disparate Impact on the Basis of Religion. The Parties have engaged in extensive written discovery and completed several depositions, but both sides agree further discovery is still necessary. The parties seek a continue of pretrial deadlines of approximately three months. No trial date has been set at this time.

2. Good cause exists to continue the pretrial deadlines because the Parties have been unable to complete all necessary discovery, including several more depositions. The parties need the discovery to prepare for any trial and to properly evaluate whether they desire to engage in informal resolution discussions and a possible mediation. Defendant and its employees, as healthcare providers, have been particularly impacted by the COVID-19 pandemic, which has slowed the discovery process, including the collection and production of requested data. Requested data has recently been produced and several depositions have recently occurred; but the recent discovery has highlighted the need for further discovery by both parties which cannot be completed by the existing deadlines. Both sides also have some upcoming unavailability of individuals necessary to complete the discovery. Further, a witness to be deposed by Plaintiff is also on a leave of absence and is expected to be out until at least the end of May. The parties are working cooperatively with one another to get the discovery completed and exchange all relevant information. Because no trial date has been set in this matter, no prejudice will be suffered by the Parties and the Court's docket will not be adversely impacted by granting this request.

///
///
///
///
///

3.      The Parties hereby jointly request the Court modify the scheduling order as follows:

| CATEGORY | PRIOR DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Fact Discovery Cut-Off | April 28, 2022 | July 28, 2022 |
| Expert Disclosures | April 21, 2022 | July 21, 2022 |
| Rebuttal Expert Witnesses Exchange | May 16, 2022 | August 22, 2022 |
| Expert Discovery Cut-Off | June 30, 2022 | September 22, 2022 |
| Dispositive Motions | July 29, 2022 | October 31, 2022 |

It is so AGREED.

Date:  April 11, 2022                  PACIFIC JUSTICE INSTITUTE

By:  /s/ Kevin T. Snider (Auth. 04/11/2022)
KEVIN T. SNIDER
MATTHEW B. MCREYNOLDS

Attorneys for Plaintiff
JULIE AMORUSO

Date:  April 13, 2022                  JACKSON LEWIS P.C.

By:_____
MICHAEL J. CHRISTIAN
SHANE R. LARSEN

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

## ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, makes the following order:

IT IS ORDERED THAT THE PRETRIAL DEADLINES ARE CONTINUED AS FOLLOW:

| **CATEGORY** | **PRIOR DEADLINE** | **NEW DEADLINE** |
|---|---|---|
| Fact Discovery Cut-Off | April 28, 2022 | July 28, 2022 |
| Expert Disclosures | April 21, 2022 | July 21, 2022 |
| Rebuttal Expert Witnesses Exchange | May 16, 2022 | August 22, 2022 |
| Expert Discovery Cut-Off | June 30, 2022 | September 22, 2022 |
| Dispositive Motions | July 29, 2022 | October 31, 2022 |

Given the court's previous orders granting similar continuances, the court does not expect to grant any further extensions of time unless the requesting party offers a strong and detailed showing of good cause.

**IT IS SO ORDERED.**

Dated: April 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE