1  PACIFIC JUSTICE INSTITUTE
   KEVIN T. SNIDER, SBN 170988
2  MATTHEW B. MCREYNOLDS, SBN 234797
   P.O. Box 276600
3  Sacramento, CA  95827
   Telephone:     (916) 857-6900
4  Facsimile:      (916) 857-6902
   ksnider@pji.org
5  mmcreynolds@jpi.org

6  Attorneys for Plaintiff,
   JULIE AMORUSO
7

8  JACKSON LEWIS P.C.
   MICHAEL J. CHRISTIAN (SBN 173727)
9  SHANE R. LARSEN (SBN 283966)
   400 Capitol Mall, Suite 1600
10 Sacramento, California 95814
   Telephone:     (916) 341-0404
11 Facsimile:      (916) 341-0141
   Michael.Christian@jacksonlewis.com
12 Shane.Larsen@jacksonlewis.com

13 Attorneys for Defendant,
   THE PERMANENTE MEDICAL GROUP, INC.
14

15                     UNITED STATES DISTRICT COURT

16            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| 17  JULIE AMORUSO, | Case No. 2:20-CV-01335-KJM-DB |
| 18         Plaintiff, | |
| 19     v. | **JOINT STIPULATION AND REQUEST FOR CONTINUANCE FOR PARTIES TO COMPLETE ADR AND ORDER** |
| 20  THE PERMANENTE MEDICAL GROUP, a California corporation; and KAISER FOUNDATION HOSPITALS, a California corporation, collectively dba KAISER PERMANENTE SOUTH SACRAMENTO MEDICAL CENTER, KAISER PERMANENTE ROSEVILLE MEDICAL CENTER and KAISER PERMANENTE STOCKTON FACILITY, | Complaint Filed:  July 6, 2020  <br>Trial Date:            TBD |
| 25         Defendants. | |

///

///

1

Counsel for Plaintiff JULIE AMORUSO ("Plaintiff") and Defendant THE PERMANENTE MEDICAL GROUP, INC. ("Defendant"), (collectively referred to as the "Parties"), hereby enter into the following Joint Stipulation and request the Court to extend certain pretrial deadlines, pursuant to applicable Local Rules. These are the only two Parties to this Action.

1. This is an Action for alleged violation of Title VII of the Civil Rights Act of 1964 and the California Fair Employment and Housing Act, for Failure or Refusal to Hire on Basis of Religion; Failure to Provide Religious Accommodation; and Disparate Impact on the Basis of Religion. The Parties have engaged in extensive written discovery and completed several depositions. After the conclusion of recent depositions, the Parties have agreed to engage in ADR in a good faith effort to resolve this matter. The Parties postponed remaining depositions scheduled for this week and jointly request a stay of the current deadlines. No trial date has been set at this time. Furthermore, one witness remains unavailable for deposition due to an ongoing leave issue. The Parties are meeting and conferring further today and tomorrow to select a mediator and mediation date.

2. The Court has previously granted continuances in this matter to allow the Parties to complete discovery. As the Parties now wish to engage in ADR, good cause exists for a further continuance to allow for the ADR process, and to allow the remaining witness to return from leave and appear for deposition if necessary. Because no trial date has been set in this matter, the Parties agree no prejudice will be suffered by the Parties and the Court's docket will not be adversely impacted by granting this request.

3. The Parties hereby jointly request the Court to grant the Parties further time to engage in mediation, prior to the completion of discovery, by moving the current deadlines by 120 days. More specifically, the Parties request the following pretrial deadlines to be continued as follows:

///
///
///
///

| CATEGORY | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cut-Off | July 28, 2022 | November 25, 2022 |
| Rebuttal Expert Witness Exchange | August 22, 2022 | December 20, 2022 |
| Expert Discovery Cut-Off | September 22, 2022 | January 20, 2023 |
| Dispositive Motions | October 31, 2022 | February 28, 2023 |

4.   The Parties agree to submit a joint report to the Court within 10 business days of the conclusion of the mediation to apprise the Court of the results and to propose deadlines for any necessary remaining events.

It is so AGREED.

Date: July 26, 2022                             PACIFIC JUSTICE INSTITUTE


By: /s/ Kevin T. Snider (Auth. 07/26/2022)
    KEVIN T. SNIDER
    MATTHEW B. MCREYNOLDS

Attorneys for Plaintiff
JULIE AMORUSO


Date: July 26, 2022                             JACKSON LEWIS P.C.


By: /s/ Michael J. Christian (Auth. 07/26/2022)
    MICHAEL J. CHRISTIAN
    SHANE R. LARSEN

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

3

Joint Stipulation and Request for Continuance for Parties to Complete ADR

Julie Amoruso v. TPMG, et al.
USDC-Eastern Case No. 2:20-CV-01335

# ORDER

The Court, having considered the foregoing Joint Stipulation of the Parties, and good cause appearing therefor, makes the following order:

IT IS ORDERED THAT THE PRETRIAL DEADLINES ARE CONTINUED AS FOLLOWS TO ALLOW THE PARTIES TO ENAGE IN MEDIATION:

| CATEGORY | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Fact Discovery Cut-Off | July 28, 2022 | November 25, 2022 |
| Rebuttal Expert Witness Exchange | August 22, 2022 | December 20, 2022 |
| Expert Discovery Cut-Off | September 22, 2022 | January 20, 2022 |
| Dispositive Motions | October 31, 2022 | March 10, 2023 |

The Parties are ordered to submit a joint report to the Court within ten business days after the completion of mediation, updating the Court of the results of the mediation and to propose deadlines for any necessary remaining events:

**IT IS SO ORDERED.**

DATED: August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Joint Stipulation and Request for Continuance for Parties to Complete ADR

Julie Amoruso v. TPMG, et al.
USDC-Eastern Case No. 2:20-CV-01335